# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, | No. 1:21-CV-00949 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LT. SHERMAN, *et al.*, | |
| Defendants. | |

## ORDER

**NOVEMBER 22, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 103) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge